BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY VILLANUEVA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>        Defendant. | Case No.: 3:22-cv-02607-LB<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION TO TRANSFER VENUE**<br><br>[*Filed Concurrently with Stipulation to Transfer Venue*]<br><br>Action Filed:      April 28, 2022 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1      Having considered the Stipulation to Transfer Venue  ("Stipulation") filed by Plaintiff

2  Cindy Villanueva and Defendant Lakeview Loan Servicing, LLC (collectively, the "Parties")

3  pursuant to 28 U.S.C. § 1404(a) and Northern District of California Local Rule 7-12, and for good

4  cause shown, the Court hereby APPROVES the Stipulation in the interests of justice and for the

5  convenience of the Parties and witnesses.

6      IT IS HEREBY ORDERED that this action is accordingly transferred to the Southern

7  District of Florida for consolidation with *In re Lakeview Loan Servicing Data Breach Litigation*,

8  Case No. 1:22-cv-20955-DPG (S.D. Fla.).  The clerk is hereby directed to transfer the case file and

9  close the action pending in this District.

10      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12  Dated:  May 17, 2022                 _____

13                           HON. LAUREL BEELER
                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28